UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**PATRICIA WATSON,**
        **Plaintiff,**

    vs.                              **CASE NUMBER:**
                                      **8:11-CV-02633-JSM-EAJ**

**ACCOUNTS RECEIVABLE**
**MANAGEMENT, INC., ET AL.,**
        **Defendant.**
_____/

## NOTICE OF SETTLEMENT

COMES NOW, Plaintiff, PATRICIA WATSON ("Plaintiff"), by and through her undersigned counsel, and hereby notifies the Court that a compromise settlement has been reached between the Plaintiff, PATRICIA WATSON, and Defendant, ACCOUNTS RECEIVABLE MANAGEMENT, INC., ET AL., and that he anticipates the filing of a Joint Dismissal With Prejudice of all claims against ACCOUNTS RECEIVABLE MANAGEMENT, INC., ET AL., in the above-captioned suit.

Respectfully submitted this 14th day of September, 2012.

                        /s/ James. S. Giardina
                        JAMES S. GIARDINA
                        Fla. Bar. No. 0942421
                        THE CONSUMER RIGHTS LAW GROUP, PLLC
                        3104 W Waters Avenue, Suite 200
                        Tampa, Florida 33614-2877
                        Tel: (813) 435-5055 ext 101
                        Fax: (866) 535-7199
                        *James@ConsumerRightsLawGroup.com*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 14, 2012 I electronically filed the foregoing document with the United States District Court, Middle District of Florida, by using the CM/ECF system. I also certify that the foregoing document is being served on this fourteenth day of September 2012 on the Attorney for Defendant, Mr. Dale Thomas Golden, Esq., Golden & Scaz, PLLC, 201 N Armenia Ave., Tampa, FL 33609 via transmission of Notices of Electronic Filing generated by CM/ECF, with a Courtesy copy via US mail.

/s/ James. S. Giardina
JAMES S. GIARDINA
Fla. Bar. No. 0942421
THE CONSUMER RIGHTS LAW GROUP, PLLC
3104 W Waters Avenue, Suite 200
Tampa, Florida 33614-2877
Tel: (813) 435-5055 ext 101
Fax: (866) 535-7199
*James@ConsumerRightsLawGroup.com*